IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOHN CARTER,

      Plaintiff,

vs.                                      Case No. 5:07-cv-00357-WTH-GRJ

SMARTWATCH SECURITY &
SOUND LLC and MADELAINE
LOCK,

      Defendants.
_____ /

**NOTICE OF TERMINATION OF ATTORNEY
AND SUBSTITUTION OF LEAD COUNSEL**

      Pursuant to the Federal and Local Rules of Civil Procedure, Plaintiff, JOHN CARTER, notifies this Court that Charles Scalise, Esq. is no longer affiliated with Morgan & Morgan, P.A. and should be removed as counsel of record on this case.  Andrew Frisch, Esq. of the law firm of Morgan & Morgan, P.A. shall be substituted as lead counsel on Plaintiff's behalf moving forward.

Respectfully submitted this 19th day of February, 2008.

                                                        **/s/ ANDREW FRISCH**
                                                        Andrew Frisch, Esq.
                                                        Florida Bar No. 27777
                                                        MORGAN & MORGAN, P.A.
                                                        7450 Griffin Road, Suite 230
                                                        Davie, Florida 33314
                                                        Telephone:  (954) 318-0268
                                                        Facsimile:  (954) 333-3515
                                                       E-mail: kamritt@forthepeople.com
                                                       **Attorneys for Plaintiff**

Created by Neevia docuPrinter LT trial version   http://www.neevia.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Loan B. Kennedy, Esq., DAVIS & KENNEDY, P.A., 100 Technology Park, Suite 170, Lake Mary, Florida 32746, Telephone: (407) 805-0075; Facsimile: (407) 805-3006, E-mail: kennedy@daviskennedylaw.com, Attorneys for Defendants.

**/s/ ANDREW FRISCH**
Andrew Frisch, Esq.

Created by Neevia docuPrinter LT trial version   http://www.neevia.com